AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Duncan, Allyson K | 2. Court or Organization<br><br>US Court of Appeals, 4th Crct | 3. Date of Report<br><br>06/02/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Glenlake One Building<br>1440 Parklake Avenue, Ste 250<br>Raleigh, NC 27612 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE IMPORTANT OFFICE 2008 JUL 15 A 11:09 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fourth Circuit Judicial Conference | 06/27-06/29 | White Sulfur Springs, WV | Judicial Conference | Conference and meals |
| 2. | 2007 CM/ECF District Operational Practices Forum | 07/09-07/12 | Washington, DC | Seminar | Lodging and meals |
| 3. | Workshop for U S Magistrate Judges | 07/22-07/25 | Baltimore, MD | Seminar | Travel, lodging and meals |
| 4. | Environment Law Seminar | 09/17-09/20 | Portland, OR | Seminar | Travel, lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amer Cent Emerging Markets | C | Dividend | K | T | buy | 05/24 | J | | |
| 2. | | | | | buy | 8/24 | J | | |
| 3. Amer Cent Heritage | B | Distribution | K | T | buy | 10/29 | K | | |
| 4. Amer Cent Inflation Adjusted Fund | A | Dividend | | T | sell | 02/15 | K | | |
| 5. Amer Cent Intl Bond Fund | A | Dividend | J | T | partial sale | 05/24 | K | A | |
| 6. Columbia Marisco 21st Cent | C | Distribution | L | T | buy | 2/15 | M | | |
| 7. | | | | | partial sale | 10/29 | K | C | |
| 8. Dreyfud Founders Midcap Growth | A | Distribution | J | | buy | 02/15 | K | | |
| 9. | | | | | partial sale | 10/29 | K | B | |
| 10. Dreyfus Inter Term Fund | C | Dividend | L | T | buy | 10/29 | L | | |
| 11. Evergreen Special Value Class A | | None | | T | sell | 02/15 | J | A | |
| 12. Evergreen International Equity Class A | | None | | | sell | 02/15 | K | D | |
| 13. Fidelity Adv Floating Rate | A | Dividend | | T | sell | 02/14 | K | A | |
| 14. Fidelity Adv Intl S/Cap Opp | B | Distribution | J | T | partial sale | 05/24 | J | C | |
| 15. | | | | | partial sale | 10/29 | K | D | |
| 16. Fidelity Adv S/Cap Growth | | None | | T | sell | 02/14 | J | A | |
| 17. Fidelity Advantage Strategic Income | C | Dividend | | | buy | 02/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | buy | 05/24 | K | | |
| 19. | | | | | sell | 10/29 | L | A | |
| 20.  Franklin NC Tax Free | B | Dividend | K | T | buy | 5/24 | J | | |
| 21.  Goldman Hi Yield | A | Dividend | | T | sell | 02/15 | J | A | |
| 22.  John Hancock High Yield | A | Dividend | | | buy | 02/15 | J | | |
| 23. | | | | | sell | 5/24 | J | | |
| 24.  John Hancock Small Cap Intrinsic | A | Distribution | J | T | buy | 08/24 | K | | |
| 25. | | | | | buy | 10/29 | J | | |
| 26.  MFS Class A Value Fund | D | Dividend | L | T | partial sale | 10/29 | J | C | |
| 27.  N Track Geneva Growth | | None | | T | sell | 02/15 | K | C | |
| 28.  North State Bancorp | | None | L | T | | | | | |
| 29.  Oppenheimer Strategic Income | C | Dividend | L | T | buy | 10/29 | L | | |
| 30.  Phoenix Foreign Opportunities | B | Dividend | L | T | buy | 02/15 | K | | |
| 31. | | | | | buy | 10/29 | J | | |
| 32.  Phoenix Real Estate | B | Dividend | K | T | buy | 02/15 | K | | |
| 33. | | | | | buy | 08/24 | J | | |
| 34.  Reserve US Government (X) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RVS International Small Cap | C | Dividend | K | T | buy | 10/29 | K | | |
| 36. RVS Mid Cap Value Fund | B | Dividend | K | T | buy | 10/29 | K | | |
| 37. | | | | | partial sale | 02/15 | K | A | |
| 38. Wells Fargo C & B Mid Cap Value | | None | | | buy | 02/15 | K | | |
| 39. | | | | | partial sale | 10/29 | K | | |
| 40. | | | | | sell | 11/19 | J | | |
| 41. Wells Endeavor Select Fund | | None | | T | sell | 02/15 | L | D | |
| 42. Wells Fargo Small Cap Disciplined Investor | | None | | | buy | 02/15 | J | | |
| 43. | | | | | partial sale | 08/24 | J | | |
| 44. | | | | | sell | 10/29 | J | | |
| 45. Wells Fargo Small Cap Growth | | None | | | buy | 02/15 | J | | |
| 46. | | | | | partial sale | 08/24 | J | A | |
| 47. | | | | | sell | 10/29 | J | A | |
| 48. Westcore Plus Fund | A | Dividend | | T | sell | 02/15 | J | A | |
| 49. AFLAC Common | A | Dividend | K | T | | | | | |
| 50. American Express Insured Money Market (Y) | | | | | | | | | |
| 51. Ameriprise Certificate | A | Interest | | | redeemed | 04/06 | K | A | See note in VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Davis New York Venture Fund | A | Dividend | J | T | | | | | |
| 53. Duke Energy Common | A | Dividend | J | T | | | | | |
| 54. Dupree NC Tax Free Short to Medium Series | A | Interest | J | T | | | | | |
| 55. Dupree NC Tax Free Income Series | A | Interest | K | T | | | | | |
| 56. Fidelity Puritan Mutual Fund | | None | | | sell | 09/17 | K | | |
| 57. Guardian Fund | A | Int./Div. | J | T | | | | | |
| 58. Hartford Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 59. Heritage Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 60. Janus Mutual Fund | | None | | | sell | 10/1 | J | | |
| 61. Janus 20 Mutual Fund | | None | | | sell | 10/01 | J | | |
| 62. North State Bank | A | Interest | J | T | | | | | |
| 63. Raleigh Federal Employees Union | A | Dividend | J | T | | | | | |
| 64. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 65. State Employees Credit Union | A | Interest | J | T | | | | | |
| 66. UBS Pace Intl Equity Fund | B | Dividend | J | T | | | | | |
| 67. Vanguard 500 Index | | None | | | sell | 09/27 | J | | |
| 68. Vanguard Growth Index Fund | | None | | | sell | 09/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/02/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Growth and Income Fund | | None | | | sell | 09/27 | J | | |
| 70. Vanguard Prime Money Market Fund | | None | | | sell | 09/27 | J | | |
| 71. Vanguard GNMA Fund Investor | | None | | | sell | 09/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duncan, Allyson K | 06/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 51 Ameriprise Certificate inadvertently ommitted in 2006

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544